ACCEPTED
03-14-00704-CV
4254340
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/23/2015 9:36:37 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00704-CV

IN THE
COURT OF APPEALS
OF THE THIRD SUPREME JUDICIAL CIRCUIT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/23/2015 9:36:37 PM
JEFFREY D. KYLE
Clerk

## 2004 Dodge Ram 1500 TX LP#CPL1988 and 2000 Buick TX LP CV1N8187

### v.

## The State of Texas

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Appeal from the 20th Judicial District Court
Milam County, Texas
Trial Court Cause No. CV36,279

**LAW OFFICE OF BENTON ROSS WATSON**
120 E. 1st Street
P.O. Box 1000
Cameron, Texas 76520
(254) 307-8181
(254) 231-0212—Facsimile
ross@texastopdefense.com
State Bar No. 24077591

**Appellant's Motion to Extend Time to File Brief**

## TO THE HONORABLE COURT:

LaToya Alcorn, Appellant, moves for an extension to file Appellant's Brief:

### I.

Appellant moves this Court to allow an extension of **5 Days** to file her Brief.[1]  Yet, Appellant's Brief is being filed today, February 23, 2015.

### II.
### REQUIRED INFORMATION PURSUANT TO THE RULES OF APPELLATE PROCEDURE

**A. The deadline for filing the Brief:** [2] February 20, 2015.

**B. The length of the extension sought:**[3] 5 days—February 25, 2015.

**C. The facts relied upon to reasonably explain the need for the extension:** [4]
1. My father died on February 11, 2015. (See Affidavit).
2. Many head of livestock, financial matters, and several other affairs of my father required immediate attention.
3. The responsibility of handling these affairs was placed on me—and, quite honestly, I was not prepared for it.
4. Everything was exacerbated by the fact that my grandmother was severely ill, and in ICU, at the same time.

---

[1] TEX. R. APP. P. 38.6(d).
[2] TEX. R. APP. P. 10.5(b)(1)(A).
[3] TEX. R. APP. P. 10.5(b)(1)(B).
[4] TEX. R. APP. P. 10.5(b)(1)(C).

5. Everything was further exacerbated due to the severe illness of a very close family friend, who also died a couple of days before my father.

6. All family members live out of town (except my mother), and the family was split in trying to be several places at once.

7. The current situation was unexpected, unanticipated, and devastating for my family and, to some degree, even the local community.

8. Other matters were scheduled for February, such as two jury trials, other appellate matters, and preparation for two post-conviction writs, that all had to be rescheduled for April or later.

9. I am a sole practitioner, who handles many civil and criminal cases, and I have no partners, staff members, or assistants.

10. Finally, Appellant's brief was almost complete several weeks ago, but a supplemental clerk's record was needed before it could be finalized. After it was filed, everybody began getting sick, things never got better, and no more available time existed to finalize it until now.

**D. Number of previous extensions granted:**[5] One extension was granted for filing the affidavit of indigence. None were requested for filing briefs.

## III.

The additional time requested is not sought solely for delay, nor sought frivolously, but will be of genuine assistance to Appellant's attorney in allowing to timely file the brief.

### REQUEST FOR RELIEF

Appellant requests that this Court grant her Motion and extend the deadline for filing Appellant's Brief to February 25, 2015, or that this Court grant such additional time as is just and proper.

Respectfully submitted,

---

[5] TEX. R. APP. P. 10.5(b)(1)(D).

Benton Ross Watson
120 E. 1st Street / Box 1000
Cameron, Texas 76520
Tel: 1 (254) 307-8181
Fax: 1 (254) 231-0212
ross@texastopdefense.com
State Bar No. 24077591
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on February 23, 2015, a true and correct copy of the above and foregoing document was served on the Milam County District Attorney's Office, by electronic transmission at www.torrey@milamcounty.net and dkeen@milamcounty.net, electronic transmission was reported as complete, the State and Appellant's counsel have discussed this motion to extend, and the State is agreeable to an extension.

Benton Ross Watson
ross@texastopdefense.com

**AFFIDAVIT IN SUPPORT OF**
**APPELLANT'S MOTION FOR EXTENSION TO FILE BRIEF**

BEFORE ME, the undersigned authority, personally appeared Benton Ross Watson, who being duly sworn, deposed as follows:

"My name is Benton Ross Watson. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged herein, which are true and correct.

"All of the facts alleged in the above motion to extend time are within my personal knowledge, and all are true and correct.

"My father suddenly and unexpectedly fell ill in late January, and later died on February 11, 2015. My father's livestock, financial matters, and other affairs required my immediate attention for which I was unprepared.

"My grandmother was in ICU in Scott & White during this time period due to different surgical operations on her heart and chest. Another close family friend was also sick, and died a few days before my father. Due to the many illnesses, my family was split up in order to be at multiple places. My mother and I are the only family living in the same area as my father, which caused care of him and his affairs to be placed in my hands.

"If the Court wants death certificates or other proof then those things can be provided. I did not know whether it was appropriate to include them here.

"I was just about finished with this brief back in mid-January, but could not finalize it due to a supplemental clerk's record that needed to be filed. By the time the supplemental record was completed, things had already begun to go downhill, and no more time presented itself for me to finish up the brief. I am a sole practitioner, and have no assistants, so there was no one to help finalize the brief in my absence either."

_____

Benton Ross Watson, Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on

February 23, 2015 by Benton Watson.

TAMI BOUNDS
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 12-19-2017

_____

Notary Public, State of Texas